IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVE SEDERWALL, et al.,

    Plaintiffs,

vs.                                                                                  Civ. No. 00-1248 BB/WWD ACE

UNITED STATES OF AMERICA,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court *sua sponte*. Due to the pendency of a second motion to dismiss, I find that no initial scheduling conference should be conducted at this time.

**WHEREFORE,**

**IT IS ORDERED** that the initial scheduling conference in this cause be postponed until such time as the pending motion to dismiss is determined.

                                                               _____

                                                         UNITED STATES MAGISTRATE JUDGE